JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 7024

-----------------------------------------------------------------X

JOAN DAWSON,

       Plaintiff,

    - against -

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

       Defendant.

-----------------------------------------------------------------X

RULE 7.1 STATEMENT

AUG 0 6 2007
U.S.D.C. S.D.N.Y.
CASHIERS

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

      These representations are made in order that the judges of this court may determine the need for recusal.

Dated:    New York, New York
            August 6, 2007

                                Respectfully submitted,

                                LANDMAN CORSI BALLAINE & FORD P.C.

                By:    _____
                                Mark S. Landman (ML 7654)
                                Attorneys for Defendant Amtrak
                                120 Broadway, 27th Floor
                                New York, New York 10271-0079
                                (212) 238-4800

TO: Law Offices of Gary S. Park
60 East 42nd Street, Suite 2231
New York, NY 10165
(212) 684-1422