8 493

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN DAWSON,

07-Civ. 7024 (J.BATTS)

                                          Plaintiff(s)

                against                          STIPULATION
                                          DISCONTINUING ACTION
                                          WITH PREJUDICE
NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK,

                                          Defendant(s)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 12, 2007

Landman Corsi Ballaine & Ford, PC.
By: Mark S. Landman (ML 7654)
         Attorney(s) for Defendant(s)
120 Broadway, 27th Floor
New York, NY 10271

Law Offices of Gary S. Park
By: Gary S. Park (GP 3611)
         Attorney(s) for Plaintiff(s)
60 East 42nd St., Suite 2231
New York, NY 10165

Plaintiff

Address

SO ORDERED:

Deborah A. Batts
U.S.D.J.     9/25/07